# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Western Division

UNITED STATES OF AMERICA

                Plaintiff,

v.                                         Case No.: 3:21−cr−50064

                                                            Honorable Philip G. Reinhard

Brandon Simonson, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 6, 2022:

      MINUTE entry before the Honorable Lisa A. Jensen as to Brandon Simonson (1): Initial appearance and arraignment held on 1/6/2022. Defendant Brandon Simonson appears in−person based on an Indictment dated 12/07/2021. CJA panel attorney Richard Kling appears for Defendant and is provisionally appointed as counsel pending review of a financial affidavit. Defendant informed of his rights. Defendant acknowledges receipt of the Indictment, waives a formal reading, and enters a plea of not guilty to each count in which he is named. Government moves for detention pursuant to 18 U.S.C. 3142(f)(1)(B). Defendant waives a detention hearing and stipulates to detention without prejudice to his ability to contest detention in the future. Detention order pending trial shall issue separately. The defendant is released from U.S. Marshall custody and shall be returned to his BOP location. Rule 16.1(a) conference shall be conducted by 1/13/2022 with rolling production thereafter pending proposal of a protective order. By 3/7/2022, the parties are to file a joint status report updating the Court on the progress of reviewing discovery and, if applicable, plea negotiations. Pursuant to Federal Rule of Criminal Procedure Rule 5(f)(1), the court confirms the prosecutor's continuing obligation under Brady v. Maryland, 373 U.S. 83 (1963) and its progeny, to disclose information favorable to the defendant that is material to guilt or punishment. Failure to disclose may result in various consequences, including but not limited to: exclusion of evidence, adverse jury instructions, a mistrial, dismissal of charges, vacatur of a conviction or guilty plea, disciplinary action against the prosecution, and contempt proceedings. The Government's oral motion to exclude time is unopposed and granted. The Court excludes time from 1/6/2022 through 3/7/2022 under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv). The Court finds that the ends of justice served by the exclusion of time outweigh the interests of the parties and the public in a speedy trial given the public health concerns identified in the General Orders and in order to allow the reasonable time necessary for effective preparation. Mailed notice. (vk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of

Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.